IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **VIRGILIO RAMIREZ** <br> *Plaintiff*, <br><br> **Vs.** <br><br><br> **DESPERADO HARLEY-DAVIDSON** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO. 7:23-cv-00169.** |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE AND JURY OF SAID COURT:

COMES NOW, VIRGILIO RAMIREZ (herein "Plaintiff"), and files this Plaintiff's First Amended Complaint complaining of Defendant DESPERADO HARLEY-DAVIDSON, (herein or "Defendant"), and for cause of action shows the Court the following:

### I. PARTIES AND SERVICE

1. Plaintiff VIRGILIO RAMIREZ is an individual who is a resident of Hidalgo County, Texas.

2. Defendant DESPERADO HARLEY-DAVIDSON, is a foreign domestic limited liability company who does business in the State of Texas. Defendant has been served and has answered.

### II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this cause of action because the amount in controversy is over $75,000.00.

4. This Court has jurisdiction over Defendant because this Defendant is a motorcycle company which has purposefully availed itself to the jurisdiction of the State of Texas by engaging in the business of selling motorcycles in the State of Texas, and Plaintiffs' causes of action arise out of this Defendant's business activities in the State of Texas.

5. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(b)(2).

## III. FACTS

6. On or about April 13, 2022, Plaintiff was operating his 2020 Harley Davidson XL883N Iron Motorcycle when a defectively installed and negligently maintained crash bar, which caused a wheel to fall off my client's vehicle, causing a significant collision.

7. As a result of Defendant's negligence, Plaintiff sustained substantial personal injuries.

8. Defendant had a duty to exercise the degree of care that a reasonably careful and prudent person would use to avoid harm to others under circumstances similar to those described herein.

9. Plaintiff's injuries and damages were proximately caused by Defendant's negligence, careless and reckless disregard and breach of their individual respective legal duties, said duties, which consisted of, but are not limited to, the following acts and omissions:

    a) In that Defendant failed to properly maintain Plaintiff's vehicle;

    b) In that Defendant failed to disclose the condition of Plaintiff's crash bar;

    c) In that Defendant failed to properly train its agents and operatives; and

    d) In that Defendant failed to exercise ordinary care to Plaintiff

10. These are violations of the motor vehicle laws of the State of Texas and operating safety precautions and warnings issued by the Texas Department of Transportation. Defendant failed to conform Defendant's conduct to a standard of conduct that a reasonably prudent operator would have done under the same or similar circumstances in operating a commercial motor vehicle.

## IV. TEXAS DECEPTIVE TRADE PRACTICES ACT

11. Plaintiff replead all the material allegations above set forth in Paragraph 1-10 and incorporate the same herein by reference.

12. Defendant violated Section 17.46 of the Texas Business and Commercial Code in the following ways:

    a. Passing off goods or services as those of another;

    b. Representing that goods or services are of a particular standard, quality, or grade, when they are another; and

    c. Knowingly making a false or misleading statement of fact concerning the need for parts, replacement, or repair service.

## V. DAMAGES FOR PLAINTIFF

13. As a direct and proximate cause of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer personal injuries, and to incur the following damages:

    a. Reasonable medical care and expenses paid and incurred in the past. Plaintiff incurred these expenses for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

    b. Reasonable and necessary medical care and expenses, which will in all reasonable probability will be incurred in the future;

    c. Physical pain and suffering in the past;

    d. Physical pain and suffering in the future;

    e. Physical impairment in the past;

    f. Physical impairment, which, in all reasonable probability, will be suffered in the future;

    g. Mental anguish in the past; and,

    h. Mental anguish in the future.

14. Said elements of damages as set forth above were proximately caused by the negligence of the Defendant and said negligence was a substantial factor in bringing about the harm, injury and damages sustained by Plaintiff herein.

## VI. PRE- AND POST-JUDGMENT INTEREST

15. Plaintiff seeks recovery of such pre-judgment and post-judgment interest as permitted by law.

## VII. RESERVATION OF RIGHTS

16. Plaintiff reserves the right to prove the amount of damages at trial. Plaintiff reserves the right to amend this complaint to add additional counts upon further discovery and as this investigation continues.

## VIII. CONDITIONS PRECEDENT

17. Pursuant to Rule 9 of the Federal Rules of Civil Procedure, all conditions precedent to Plaintiff's right to recover herein have been performed or have occurred.

## IX. PRAYER

18. **WHEREFORE, PREMISES CONSIDERED**, Plaintiff, respectfully prays that upon trial of this cause, judgment be entered for the Plaintiff and against Defendant for her damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**PALKER LAW FIRM, PLLC**
4428 S. McColl Rd.
Edinburg, TX 78539
Telephone: (956) 320-0270
Email: service@palkerlaw.com

By: */s/ Chris J. Dobson*
CHRIS J. DOBSON
State Bar No. 24074140
JASON PALKER
State Bar No. 24108248

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been sent to all counsel of record via eService on this the **October 12, 2023**, pursuant to the Rule 5 of the Federal Rules of Civil Procedure, via CM/ECF or other electronic means:

>Jose "JJ" Trevino, Jr.
>State Bar No. 24051446
>S.D. No. 1076595
>jtrevino@valdeztrevino.com
>Ryan S. McDaniel
>State Bar No. 24104879
>S.D. No. 3323681
>rmcdaniel@valdeztrevino.com
>**Counsel for Defendant, Desperado Harley-Davidson**